UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JASON URENA,

                          Plaintiff,

      -against-

THE CITY OF NEW YORK, P.O. ERIC SOSINSKI,
P.O. ANGELO PAMPENA (Tax Registry #944874),

                        Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

10 CV 2926 (KAM) (JO)

*DOCKET & FILE*

------------------------------------------------------------------x

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
September 14, 2011

Thomas G. Cascione, Esq.
Cascione, Purcigliotti, Galluzzi, P.C.
*Attorneys for Plaintiff*
20 Vesey Street, Suite 1100
New York, New York 10007

By: _____
THOMAS G. CASCIONE (TC-4596)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York,
Sosinski & Pampena*
100 Church Street, Room 3-219
New York, New York 10007
(212) 788-8341

By: _____
BAREE N. FETT
Assistant Corporation Counsel

9/14/2011, SO ORDERED:

s/KAM
_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

2